IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Commonwealth of Kentucky<br><br>Petitioner,<br><br>v.<br><br>United States Environmental Protection Agency, et al.,<br><br>Respondents. | No. 26-3083 |

MOTION FOR BRIEFING SCHEDULE
AND DEFERRED JOINT APPENDIX

Respondents the United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of EPA (collectively, "EPA") move for a briefing schedule and a Deferred Joint Appendix. Counsel for EPA conferred with counsel for Kentucky prior to filing this Motion. Kentucky takes no position on EPA's request to extend EPA's brief deadline and Kentucky agrees with EPA's request to use a Deferred Joint Appendix.

In support of this Motion EPA states the following:

1. On February 2, 2026, Petitioner the Commonwealth of Kentucky filed this challenge to EPA's final rule titled *Air Plan Approval and Air Quality Designation; KY; Redesignation of the Kentucky Portion of the Louisville, KY-IN*

*2015 8-Hour Ozone Nonattainment Area to Attainment*, 91 Fed. Reg. 3838 (January 29, 2026).

2. In accordance with the Federal Rules of Appellate Procedure, EPA intends to file the certified index to the Administrative Record by March 16, 2026.

**Proposed Briefing Schedule**

3. EPA proposes the following schedule, which includes use of a Deferred Joint Appendix:

| Brief/Filing | Date |
|---|---|
| Kentucky's Proof Opening Brief | April 27, 2026 |
| EPA's Proof Response Brief | July 29, 2026 |
| Kentucky's Proof Reply Brief | August 19, 2026 |
| Deferred Appendix | August 26, 2026 |
| Final-form Briefs | September 2, 2026 |

4. EPA requests 90 days from the deadline for Petitioner's Opening Brief for its Response Brief. This will account for the time required to seek and obtain necessary review and approval by officials at EPA and the U.S. Department of Justice. This review process encompasses both the legal positions taken and the technical correctness of the arguments presented. It will also allow undersigned

counsel for the U.S. Department of Justice adequate time to prepare the brief while continuing to work on several other matters that will require significant attention during this time. Kentucky requests no additional time for its briefing and takes no position on EPA's extension request.

5. EPA prefers to proceed with a Deferred Joint Appendix in this matter and Kentucky agrees to a Deferred Joint Appendix. EPA proposes that the Deferred Appendix be due on August 26, 2026, seven days after Petitioner's Reply Brief is filed. Fed. R. App. P. 30(c). Final Briefs would then be filed on September 2, 2026, seven days after the Appendix is docketed. Prior to completion of briefing, the Parties are unlikely to know what parts of the record need to be included in the Appendix. To avoid burdening the Court with excessive or unnecessary material and to facilitate clear and comprehensible references to the record in the Parties' briefs, EPA incorporated a Deferred Joint Appendix into its proposed briefing schedule.

* * *

For the reasons above, EPA requests that the Court enter the proposed briefing schedule.

Respectfully submitted,

DATED: March 16, 2026

/s/ Conner R. Huggins
CONNER R. HUGGINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3799
Conner.huggins@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by the Federal Rule of Appellate Procedure 32(f), the documents contains 446 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED: March 16, 2026

*/s/ Conner R. Huggins*
CONNER R. HUGGINS

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I filed the foregoing Motion for Briefing Schedule with the Court's CM/ECF system, which will electronically serve counsel of record in this matter.

*/s/ Conner R. Huggins*
CONNER R. HUGGINS