**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Respondents. | Case No. 26-3083 |
| KENTUCKY ENERGY AND ENVIRONMENT CABINET, et. al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Respondents. | Case No. 26-3226 |

**JOINT MOTION TO CONSOLIDATE,**
**TO STAY THE BRIEFING SCHEDULE, AND**
**FOR RELIEF FROM FILING THE ADMINISTRATIVE RECORD**

Respondents the United States Environmental Protection Agency, et al., ("EPA") and Petitioners Commonwealth of Kentucky and Kentucky Energy and Environment Cabinet, et. al., respectfully request that the Court consolidate Case Nos. 26-3083 and 26-3226, stay the current briefing schedule in Case No. 26-3083,

and relieve EPA of any requirement to file the administrative record in Case No. 26-3226.

In support of this joint motion, EPA and Petitioners (collectively the "Parties") state as follows:

1. On January 29, 2026, EPA promulgated a final rule titled: "Air Plan Approval and Air Quality Designation; KY; Redesignation of the Kentucky Portion of the Louisville, KY-IN 2015 8-Hour Ozone Nonattainment Area to Attainment," 91 Fed. Reg. 3838 (Jan. 29, 2026) ("Final Rule"). The Final Rule denied the request to redesignate the Kentucky Portion of the Louisville, Kentucky-Indiana, 2015 8-hour ozone nonattainment area.

2. On February 2, 2026, Commonwealth of Kentucky petitioned for review of the Final Rule. No. 26-3083, ECF No. 1-2.

3. On March 16, 2026, EPA filed the certified index to the administrative record and moved to set a briefing schedule and to use a Deferred Joint Appendix. No. 26-3083, ECF No. 8.

4. On March 20, 2026, Kentucky Energy and Environment Cabinet petitioned for review of the Final Rule. No. 26-3226, ECF No. 1-2.

5. On March 30, 2026, this Court entered the current briefing schedule in Case No. 26-3083 and granted the request for a Deferred Joint Appendix. No. 26-

3083, ECF No. 9, 11. The schedule sets Commonwealth of Kentucky's brief due May 11, 2026, and EPA's brief due August 10, 2026. *Id*.

6. To streamline proceedings, the Parties request that this Court consolidate Case Nos. 26-3083, 26-3226. Both cases involve challenges to EPA's Final Rule and are likely to present the same or similar issues. Accordingly, consolidation would conserve the Parties' resources and promote judicial economy and efficiency.

7. The Parties request to stay the current briefing schedule in Case No. 26-3083 to allow the Parties to confer and propose further proceedings in these cases.

8. Additionally, because both cases challenge the Final Rule, the administrative record is the same for both cases. If these cases are consolidated, the Parties may rely on EPA's certified index filed in No. 26-3083, ECF No. 7. Accordingly, the Parties request that the Court relieve EPA of any requirement to file the administrative record in Case No. 26-3226.

For these reasons, the Parties respectfully request the Court consolidate Case Nos. 26-3083 and 26-3226, stay the briefing schedule in Case No. 26-3083, and relieve EPA of any requirement to file the certified index to the administrative record in Case No. 26-3226. Additionally, the Parties request that the Court order

the Parties to file a joint motion to govern further proceedings in the consolidated cases by June 15, 2026.

Dated: April 30, 2026

Respectfully Submitted,

RUSSELL COLEMAN
Attorney General of Kentucky

/s/ Jacob M. Abrahamson
Matthew F. Kuhn
*Solicitor General*
John H. Heyburn
*Principal Deputy Solicitor General*
Jacob M. Abrahamson
*Deputy Solicitor General*

Office of the Kentucky
Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
(502) 696-5300
Matt.kuhn@ky.gov
Jack.Heyburn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for Petitioner*
*Commonwealth of Kentucky*

*/s/ Blake E. Adams*
Sarah E. Noble, General Counsel
Daniel C. Cleveland, Deputy General Counsel
Jarrod L. Bentley, Staff Attorney

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Conner R. Huggins*
CONNER R. HUGGINS
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington D.C. 20044-7611
(202) 598-3799
Conner.huggins@usdoj.gov

*Counsel for Respondents EPA, et al.*

Blake E. Adams, Staff Attorney
Kentucky Energy and Environment
Cabinet
300 Sower Boulevard
Frankfort, Kentucky 40601
Phone: (502) 782-5451
Sara.noble@ky.gov
Daniel.cleveland@ky.gov
Jarrod.bentley@ky.gov
Blake.adams@ky.gov

*Counsel for Petitioners
Kentucky Energy and Environment
Cabinet & Secretary John S. Lyons*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by the Federal Rule of Appellate Procedure 32(f), the document contains 463 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

DATED: April 30, 2026

*/s/ Conner R. Huggins*
CONNER R. HUGGINS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I filed the foregoing Joint Motion to Consolidate, to Stay the Briefing Schedule, and for Relief from Filing the Administrative Record with the Court's CM/ECF system, which will electronically serve counsel of record in this matter.

*/s/ Conner R. Huggins*
CONNER R. HUGGINS