Nos. 26-3083/3226

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 20, 2026
KELLY L. STEPHENS, Clerk

COMMONWEALTH OF KENTUCKY [26-3083],

Petitioner,

COMMONWEALTH OF KENTUCKY, et al. [26-3226],

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, Administrator, U.S. EPA,

Respondents.

Before: COLE, BLOOMEKATZ, and RITZ, Circuit Judges.

# JUDGMENT

On Petition for Review from the Environmental Protection Agency.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to remand is GRANTED, and that this matter is REMANDED to the Environmental Protection Agency.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk